UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01960-SSS-SPx | Date | October 2, 2024 |
| Title | Louie Comella v. NewtekOne, Inc., et al. | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONSOLIDATED WITH RELATED CASE**

On September 5, 2024, Plaintiff Louie Comella filed this lawsuit against Defendant NewtekOne, Inc. and related entities and individuals. [Dkt. 1]. Comella alleges the defendants breached the terms of a loan they entered into with him through fraudulent acts, and they now seek to foreclose on several of his alleged properties. On September 18, 2024, Defendant Newtek Small Business Finance, LLC filed a Notice of Related Civil Case, informing the Court that this case is related to a pending case: *Newtek Small Business Finance, LLC v. Big Brand Management, Ltd, Co., et al.*, No. 5:24-cv-01901-SHK (C.D. Cal. 2024).

After reviewing the complaints in both cases, the parties are **ORDERED TO SHOW CAUSE** why this case should not be consolidated with *Big Brand Management*. The parties must respond in writing by **October 18, 2024**. A hearing is set on this matter on **October 25, 2024, at 1:00 p.m. via Zoom videoconference**.

**IT IS SO ORDERED.**